# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CORNELL PHILLIPS AND KELVIN DOSS**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO. 3:17cv682-CWR-LRA**

**NISSAN NORTH AMERICA, INC., et al**            **DEFENDANTS**

## ORDER

Defendants have requested an in-person status conference [92] for various purposes, and that motion is **HEREBY GRANTED**. Until that hearing, Defendants' request that the deadlines be stayed is also **GRANTED.**

Plaintiffs have not filed a timely response to the Motion to Compel [84], and no extension of time was requested or granted. Plaintiffs will now be granted an additional seven days to fully respond to the Motion to Compel, and its merits will be considered and decided at the status conference/ hearing. The deadlines will also be reset at that time. Judge Reeves has now referred Defendants' Motion to Sever [25] and all pending motions to the undersigned. That motion, as well as all remaining pending motions, shall be heard at the in-person conference/ hearing.

IT IS, THEREFORE, ORDERED;

1. An in-person status conference and motion hearing shall be conducted by the undersigned in chambers on **Friday, May 18, 2019, at 1:30 p.m.** All pending motions in the case shall be heard at that time.

2. Plaintiffs are granted until **Friday, May 11, 2018**, to file their response to the pending Motion to Compel [84].  Defendants may file any reply on or before **Thursday, May 17, 2018.**

SO ORDERED, this the 4th day of May 2018.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE